**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
FIDEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL HERNANDEZ,<br><br>          Plaintiff,<br>     vs.<br><br>JICHAN'S ONIGIRI-YA, LLC; GRAND CENTRAL STATION, LLC.; and DOES 1 to 10,<br><br>          Defendants. | Case No.: 2:19-cv-08921-GW (RAOx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JICHAN'S ONIGIRI-YA, LLC** |

**PLEASE TAKE NOTICE** that Plaintiff ROOSEVELT CANTON ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant JICHAN'S ONIGIRI-YA, LLC ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: April 08, 2020                SO. CAL. EQUAL ACCESS GROUP

By: ⎯⎯/s/   *Jason J. Kim*⎯⎯⎯⎯⎯
     Jason J. Kim
     Attorneys for Plaintiff