SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
FIDEL HERNANDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JICHAN'S ONIGIRI-YA, LLC; GRAND CENTRAL STATION, LLC.; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: CV 19-8921-GW-RAOx**<br><br>**Judgment Re: Default Judgment**<br><br>Date: July 23, 2020<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Honorable Judge George H Wu. |

Upon review of the court files, the second application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff FIDEL HERNANDEZ shall have JUDGMENT in his favor in the amount of $3,240.00 as fees-and-costs award against Defendant GRAND CENTRAL STATION, LLC.

Additionally, Defendant GRAND CENTRAL STATION, LLC. is ordered to provide an accessible parking space at the property located at or about 1975 Potrero Grand Dr., Monterey Park, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: July 28, 2020              By: _____
                                          HON. GEORGE H. WU,
                                          United States District Judge