SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
FIDEL HERNANDEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIDEL HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JICHAN'S ONIGIRI-YA, LLC;<br>GRAND CENTRAL STATION, LLC;<br>and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:19-cv-08921 GW (RAOx)<br><br>**NOTICE OF ACKNOWLEDGEMENT AND SATISFACTION OF JUDGMENT AGAINST GRAND CENTRAL STATION, LLC** |

On July 28, 2020, the Court entered its Judgment (Dkt. #28) in favor of Plaintiff and against Defendant GRAND CENTRAL STATION, LLC ("Defendant") in the amount of $3,240.00.

By reason of the settlement between the parties, it is hereby acknowledged, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction of the above-referenced judgment on the docket.

\\\

\\\

| | | |
|---|---|---|
| 1 | Dated: February 16, 2021 | **SO. CAL. EQUAL ACCESS GROUP** |
| 2 | | |
| 3 | | _/s/ Jason J. Kim_ |
| 4 | | JASON J. KIM, Attorney for Plaintiff |

Notice of Acknowledgment and Satisfaction of Judgment

2